JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARCELA JOHANNA CASTRO ROJAS,

                Petitioner,

    v.

PAM BONDI, et al.,

                Respondents.

Case No. 5:25-cv-02998-KK-MAA

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:  March 2, 2026

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE